**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>STAPLES, INC.<br><br>*Defendant.* | Case No. 1:26-cv-11489 |

## NOTICE OF APPEARANCE

Please enter the appearance of attorney Samuel Goodwin on behalf of Defendant Staples, Inc.

Dated: April 16, 2026                    Respectfully submitted,


                                        /s/ *Samuel Goodwin*
                                        Samuel Goodwin (BBO# 699138)
                                        Demeo LLP
                                        66 Long Wharf
                                        Boston, MA 02110
                                        (617) 263-2600
                                        sgoodwin@demeollp.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this Notice of Appearance has been served this day by email upon counsel for all parties.

/s/ *Samuel Goodwin*
Samuel Goodwin

Dated: April 16, 2026