**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| CHET MICHAEL WILSON, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>STAPLES, INC.<br><br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:26-cv-11489 |

## DEFENDANT STAPLES INC.'S ASSENTED-TO
## <u>MOTION FOR EXTENSION OF TIME</u>

Defendant Staples, Inc. ("Staples") respectfully requests that the Court extend the deadline for its responsive pleading and Rule 12 motion 30 days from April 21, 2026 to May 21, 2026.  As grounds for this Motion, Staples states as follows:

1.　　On March 29, 2026, Plaintiff filed the Complaint in this action.  (Docket No. 1).

2.　　On March 31, 2026, Plaintiff served the Complaint, and Staples' Answer is currently due April 21, 2026.  (Docket No. 4).

3.　　Staples requires additional time to complete its internal investigation into the factual allegations set forth in Plaintiff's Complaint.  Additionally, counsel for Staples was recently retained in the instant action, and as such, incoming counsel also requires additional time to review the relevant facts and applicable law to determine the proper response to the allegations in Plaintiff's Complaint.

4.　　No scheduling order has been entered in this action and no discovery is presently pending or scheduled.

1

5.    Staples expects to file its responsive pleading or Rule 12 motion on or before May 21, 2026.

6.    On April 16, counsel for Staples who will be applying to appear *pro hac vice* (listed below) conferred via telephone with Plaintiff's counsel regarding the requested extension of time to respond. Plaintiff's counsel has consented to this motion for an extension of time up to and including May 21, 2026.

## CONCLUSION

WHEREFORE, Staples respectfully requests that the Court extend the deadline for its responsive pleading and Rule 12 motion to May 21, 2026.

Respectfully submitted,

STAPLES, INC.

By its attorneys,

*/s/ Samuel B. Goodwin*
Samuel B. Goodwin (BBO # 699138)
DEMEO, LLP
66 Long Wharf
Boston, MA 02110
Tel:    (617) 263-2600
sgoodwin@demeollp.com

Lauri Mazzuchetti (*pro hac vice forthcoming*)
Whitney Smith (*pro hac vice forthcoming*)
Kelley Drye & Warren LLP
7 Giralda Farms, Suite 340
Madison, NJ 07940
Telephone: 973.503.5900

Frances McDonald (*pro hac vice forthcoming*)
Kelley Drye & Warren LLP
3 Word Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: 212.808.5040

Dated: April 16, 2026

2

## LOCAL RULE 7.1 CERTIFICATION

I, Samuel B. Goodwin, hereby certify that on April 16, 2026, counsel for Staples who are listed above as "*pro hac vice forthcoming*" communicated with Plaintiff's counsel via telephone, and Plaintiff's counsel has assented to the relief requested herein.

*/s/ Samuel B. Goodwin*
Samuel B. Goodwin

## CERTIFICATE OF SERVICE

I hereby certify that, on the above date, a true and correct copy of the foregoing document was served through the Court's electronic filing system.

*/s/ Samuel B. Goodwin*
Samuel B. Goodwin

3