**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

CHET MICHAEL WILSON, individually and
on behalf of all others similarly situated,

      *Plaintiff*,

v.

STAPLES, INC.

      *Defendant.*

Case No. 1:26-cv-11489

**ASSENTED TO MOTION FOR EXTENSION OF TIME PENDING SETTLEMENT**

Defendant Staples, Inc. ("Staples"), by and through its attorneys, hereby requests that the Court extend its responsive pleading deadline currently scheduled for May 21, 2026 by one (1) month pending settlement. Plaintiff Chet Michael Wilson ("Plaintiff" and, together with Staples, the "Parties") assents to the Motion. As grounds for this Motion, Staples states as follows.

1.      On March 29, 2026, Plaintiff filed the Complaint in this action. (Docket No. 1).

2.      On March 31, 2026, Plaintiff served the Complaint. (Docket No. 4).

3.      Following an extension of its time to respond to the Complaint, Staples' responsive pleading and any Rule 12 Motion are currently due May 21, 2026 (Docket No. 7).

4.      The Parties have since reached a settlement agreement to resolve all claims related to this action. The Parties expect that the settlement will be finalized by next week and the action will be dismissed soon thereafter, meaning that no responsive pleading will ultimately be necessary.

5.      No unfair prejudice will result if the Court grants this Motion, which is filed with the assent of Plaintiff, and is in the interest of judicial efficiency.

WHEREFORE, the Parties jointly request the Court continue Staples's responsive pleading deadline for one month pending settlement.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Samuel B. Goodwin*
Samuel B. Goodwin (BBO # 699138)
DEMEO LLP
66 Long Wharf
Boston, MA 02110
Tel:  (617) 263-2600
sgoodwin@demeollp.com

## LOCAL RULE 7.1 CERTIFICATION

I, Samuel B. Goodwin, hereby certify that on May 19, 2026, I communicated with Plaintiff's counsel, who has assented to the relief requested herein.

/s/ Samuel B. Goodwin
Samuel B. Goodwin

## CERTIFICATE OF SERVICE

I hereby certify that this document served on opposing counsel on May 19, 2026 by electronic mail.

/s/ Samuel B. Goodwin
Samuel B. Goodwin